1  DEBRA WONG YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM  (CSB #147248)
4  Assistant United States Attorney
         Federal Building  Suite 7516
5        300 North Los Angeles  Street
         Los Angeles, California
6        Tel. 213 894-2446
         FAX:  213 894-7819
7        Email:  Cedina.Kim@usdoj.gov

8  Attorneys for defendant Jo Anne B. Barnhart,
         Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DIVISION

| | |
|---|---|
| JOSE SANDOVAL MICHEL, | No.  CV 06-949 PJW |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///

///

-1-

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: _____

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

Presented by:

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 _/s/ - CEDINA M. KIM_
CEDINA M. KIM
Assistant United States Attorney

Attorneys for Defendant